UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Lynette Tatum-Rios

                    Plaintiff,


      -against-                              19 Civ. 9383
                                                 <u>ORDER</u>


Newbeauty Media Group, LLLP,

                    Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.


      The Court is in receipt of Plaintiff's Letter dated December

24, 2019 notifying the Court that the "Parties" have reached a

resolution in this action. (ECF No. 6.) The Court also notes that

this action was originally filed as a class action. (<u>See</u> ECF No.

2.)



Accordingly, IT IS HEREBY ORDERED that:

  1. the Parties inform the Court, by Affidavit, whether the

      proposed settlement agreement alters the legal rights of

      purported, unnamed class members. This Affidavit shall be

      filed within 10 days of this Order; and

  2. the Parties file a Stipulation of Dismissal within 30 days

      of the date of this Order. If the Parties fail to do so,

the Defendant SHALL answer or otherwise respond to the
Complaint within 45 days of the date of this Order.


SO ORDERED.

DATED:      January 6, 2020
            New York, New York


                                   _____
                                     Deborah A. Batts
                              United States District Judge